[No. 42842-0-I.    Division One.    June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVIS MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06873-4, Michael S. Spearman, J., entered June 15, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42845-4-I.    Division One.    June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVIS MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08161-7, Michael S. Spearman, J., entered June 15, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43086-6-I.    Division One.    June 21, 1999.]

*In the Matter of the Marriage of* DENNIS KEITH AUSTIN, *Appellant*, and LISA A. LAMBERT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-01927-2, Glenna Hall, J., entered July 22, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43145-5-I.    Division One.    June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN JAMES HERRON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00014-3, Norman Smith Huggins, J., entered July 31, 1998. *Affirmed* by unpublished per curiam opinion.